

NUMBER 13-11-00708-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CHARLES E. SMITH AND BETTY M. SMITH,
INDIVIDUALLY AND AS TRUSTEES FOR THE
SMITH FAMILY TRUST,                                                 Appellants,

v.

LONG ISLAND VILLAGE OWNERS ASSOCIATION, INC.
F/K/A OUTDOOR RESORTS/SOUTH PADRE OWNER'S
ASSOCIATION, AND PAST AND PRESENT BOARD OF
DIRECTORS OF LONG ISLAND OWNERS ASSOCIATION,
INC. F/K/A OUTDOOR RESORTS/SOUTH PADRE
OWNER'S ASSOCIATION, INC.,                                          Appellees.

On Appeal from the 445th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Memorandum Opinion Per Curiam**

This matter is before the Court on a defective notice of appeal and appellants' failure to correct the defect. On October 31, 2011, and February 22, 2012, the Court advised appellants that the notice of appeal was not in compliance with Texas Rule of Appellate Procedure 25.1(d)(5) and that it contained the wrong cause number. The Court requested correction of these defects within ten days. *See* Tex. R. App. P. 25.1(d)(5), 37.1, 42.3(b),(c). Appellants have failed to correct the defects or otherwise respond to the Court's notices.

On its own motion, with ten days notice to the parties, an appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See* Tex. R. App. P. 42.3(b),(c). Accordingly, we dismiss the appeal for want of prosecution and for failure to comply with a notice from the Court. *See id.*

PER CURIAM

Delivered and filed the
22nd day of March, 2012.